SCHEDULE A

**<u>AUTHORITY</u>**

This taking is pursuant to the authority of the Act of Congress approved August 1, 1888 (40 U.S.C. § 3113), as amended; the Act of Congress approved February 26, 1931 (40 U.S.C. § 3114); 10 U.S.C. § 2663(a)(1)(A), which authorizes the Secretary of a military department to have proceedings brought in the name of the United States, in a court of proper jurisdiction, to acquire by condemnation any interest in land, including temporary use, needed for the site, construction, or operation of fortifications, coast defenses, or military training camps; the Act of Congress under the National Defense Authorization Act for Fiscal Year 2012, Public Law (P.L.) 112-81 § 2201 at 125 Stat. 1666, which authorized Military Construction Project P- 991, allowing for the acquisition of private and state owned land in fee title, and for private mineral and water rights, as well as for withdrawal of federal land from all public uses; and the Act of Congress under the Consolidated Appropriations Act, 2012, P.L. 112-74, which appropriated funds for the Department of Defense.

Further authorities include the National Defense Authorization Act for Fiscal Year 2013, P.L. 112-239 § 2201 at 126 Stat. 2122-2123, which authorized Military Construction Project P-992, allowing for Phase 2 of the land expansion including private land acquisition; and the Act of Congress under the Consolidated and Further Continuing Appropriations Act, 2013, P.L. 113-6, which appropriated funds for the Department of Defense.

Further authorities include the National Defense Authorization Act for Fiscal Year 2014, P.L. 113-66, which authorized withdrawal and reservation of public land, and management of reserved land; and the Act of Congress under the Consolidated Appropriations Act, 2014, P.L. 113–76; the Act of Congress under the Consolidated and Further Continuing Appropriations Act,

3

2015, P.L. 113-235; the Act of Congress under the Consolidated Appropriations Act, 2016, P.L. 114-113; and the Continuing Appropriations and Military Construction, Veterans Affairs, and Related Agencies Appropriations Act, 2017, and Zika Response and Preparedness Act, P.L. 114-223, all of which appropriated funds for the Department of Defense.

The Secretary of the Navy delegated 10 U.S.C. § 2663 authorities to the Assistant Secretary of the Navy (Energy, Installations and Environment) (ASN (EI&E) in SECNAVINST 5430.7R CH-1, dated May 2, 2017. The ASN (EI&E) further delegated these authorities via the Principal Deputy Assistant Secretary of the Navy (Energy, Installations and Environment) (PDASN (EI&E)) to the Deputy Assistant Secretary of the Navy (Installations and Facilities) (DASN (I&F)) in SECNAVINST 11011.47D, dated June 26, 2019. Per PDASN (EI&E) memo dated September 30, 2019, the title of the DASN (I&F) position was changed to Deputy Assistant Secretary of the Navy (Installations, Energy and Facilities) (DASN (IE&F)); all duties, responsibilities, and authorities previously delegated to DASN (I&F) are retained by the DASN (IE&F), including those authorities cited herein.