SCHEDULE B

**PUBLIC PURPOSE**

The lands described in Schedule C are taken for the public purpose of national defense and military use by the United States as authorized by law, including, but not limited to: field training for large-scale United States Marine Corps air ground task forces; training ranges; and equipment and tactics development.