SCHEDULE C

**LEGAL DESCRIPTION OF PROPERTY:**

Real property in the unincorporated area of the County of San Bernardino, State of California, described as follows:

All that certain tract of land identified as assessor parcel number (APN) 0527-201-06 of the County of San Bernardino, California as shown in Assessor's Map, Book 0527, Page 20, and more particularly described as follows:

THAT PORTION OF THE NORTH HALF OF SECTION 13, TOWNSHIP 5 NORTH, RANGE 4 EAST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA ACCORDING TO THE OFFICIAL PLAT OF SAID LAND IN THE DISTRICT LAND OFFICE JANUARY 25, 1922, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID SECTION 13; THENCE WEST ALONG THE NORTH LINE OF SAID SECTION, 3,630 FEET MORE OR LESS, TO THE NORTHEAST CORNER OF THE LAND CONVEYED TO ARTHUR E. PETERSON AND WIFE, BY DEED RECORDED FEBRUARY 17, 1954 IN BOOK 3329 OF OFFICIAL RECORDS, PAGE 466, AS INSTRUMENT NUMBER 172; THENCE SOUTH ALONG THE EAST LINE OF SAID PETERSON LAND, 2,400 FEET; THENCE EAST ALONG A LINE PARALLEL TO THE NORTH LINE OF SAID SECTION, 3,630 FEET MORE OR LESS, TO A POINT IN THE EAST LINE OF SAID SECTION, 2,400 FEET SOUTH OF THE POINT OF BEGINNING; THENCE NORTH ALONG THE EAST LINE OF SAID SECTION, 2,400 FEET TO THE POINT OF BEGINNING.

This parcel contains 200.37 acres, more or less.

Being the same as the property described in the Grant Deed recorded in the Official Records of the County of San Bernardino, California on June 1, 1961 at Book 5445, Page 378.