## SCHEDULE D

