SCHEDULE E

**ESTATES TAKEN**

The estate taken in the property described in Schedule C is fee simple, including any and all patented and unpatented mining claims, and subsurface and mineral rights, but excluding any and all rights and interests held by the State of California including, without limitation, subsurface, geothermal, mineral, and fishing rights.