SCHEDULE F
**ESTIMATE OF JUST COMPENSATION**

The estimated just compensation for the property being taken is $60,100.