SCHEDULE G

**INTERESTED PARTIES**

Names and addresses of parties who have or may claim an interest in the parcels are as follows:

| | |
|---|---|
| Cincal Ores, Inc., an Ohio Corporation<br>c/o Ohio Secretary of State<br>Attn: Paralegal Division – Service of Process<br>180 E. Broad St., 16th Floor<br>Columbus, OH 43215 | Deed recoded June 1, 1961, in Book 5445, Page 187 of Official Records of San Bernardino County<br><br>*Secretary of State to be served pursuant to Ohio Rev. Code. Ann. § 1701.07(H).* |
| County of San Bernardino, CA<br>Attn.: County Auditor-Controller/Treasurer/Tax Collector<br>172 West Third Street, First floor<br>San Bernardino, CA 92415-0360 | Taxing Authority |

**10**