FILED
CLERK, U.S. DISTRICT COURT

October 20, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>200.37 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDINO COUNTY, CALIFORNIA, CINCAL ORES, INC., COUNTY OF SAN BERNARDINO, CALIFORNIA, KATHARINE THOMPSON, and NANCY GENN,<br><br>Defendants. | Case No. 5:20-cv-01482-SB-SHK<br><br>**JUDGMENT** |

In accordance with the Court's October 15, 2021 Order on Just Compensation, Dkt. No. 54, **IT IS HEREBY ORDERED THAT**:

1. Claimant Katharine Thompson is entitled to $30,050 of the $60,100 in property value currently in deposit in the Court's registry.

1    2.  Claimant Nancy Genn is entitled to $30,050 of the $60,100 in property value

2        currently in deposit in the Court's registry.

3

4        The Clerk of Court is to release the funds from the registry to claimants

5    Katharine Thompson and Nancy Genn.  **IT IS SO ORDERED**.

6

7    Dated:  October 20, 2021        _____

8                                        STANLEY BLUMENFELD, JR.
                                         UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28